FILED'11 JAN 19 12:13USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

STEPHEN SMITH,

Petitioner,

v.

WARDEN THOMAS,

Respondent.

Civil No. 10-1436-HO

ORDER

HOGAN, District Judge.

The Scheduling Order (#4) entered December 30, 2011, is hereby withdrawn.

By Order (#3) entered December 2, 2010, petitioner was allowed until January 7, 2011 to either pay the filing fee or to file an application to proceed in forma pauperis, and advised that failure to do one or the other would result in the dismissal of this proceeding for failure to prosecute.

Petitioner has not paid the fee, filed an application to proceed in forma pauperis or requested an extension of time in which to do so.

Petitioner's Petition (#1) is denied without prejudice.

This proceeding is dismissed.

IT IS SO ORDERED

DATED this 19th day of January, 2011.

Michael R. Hogan
United State District Judge